UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 2597-BEN |
| Plaintiff | ) | CRIMINAL NO. 08mj2254 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| STEVEN DOUGLAS HOLTWICK | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

JOSSLIE G. LOPEZ - SANDOVAL

DATED: 8/7/08

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by J. Jarabek
Deputy Clerk

**J. JARABEK**